**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**NORTHERN DIVISION**

| | |
|---|---|
| LAURIE FOLLETT, | Case No. 4:26-cv-10718 |
| *Plaintiff,* | Shalina D. Kumar<br>United States District Judge |
| v. | |
| ALMA HOUSING COMMISSION, and ERIC SCHALM, | Patricia T. Morris<br>United States Magistrate Judge |
| *Defendants.* | |
| _____/ | |

## ORDER REGARDING REMOVAL

This matter was removed to this Court on March 2, 2026. (ECF No. 1.) Within five (5) days of today's date, the parties shall file with this Court — as separate docket entries — all answers, amended pleadings, responsive pleadings, pending motions, and responses/replies to those motions that were originally filed in state court. The Court generally will not consider any unresolved motions pending in state court at the time of removal unless they have been re-filed on this Court's docket and using this Court's case caption. The same is true for any responses or replies that had been filed in state court in connection with motions not yet resolved at the time of removal. Each party is responsible for the filing of its own documents with this Court.

**IT IS ORDERED.**

Date: March 3, 2026                                   S/ PATRICIA T. MORRIS
                                                      Patricia T. Morris
                                                      United States Magistrate Judge